UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS

In re:   )   Case No. 17-13094-JNF
         )
Richard Patton, Jr.   )
    Debtor(s)   )
         )

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor(s) hereby modify the Chapter 13 plan previously filed in this case as follows:

_____ Unsecured dividend changed from _____ % to _____ %.

__X__ Plan payments are changed from $560.00 to $510.00 each  month  .

_____ The term of the plan is reduced to _____ months.

_____ The treatment of secured claims shall be changed as follows:

Correct calculation error in Exhibit 1.
Line a) is $24,959.14 Not $29,559.14
Line b) is $24.00 Not $16.50
Line g) is $27,490.70 Not $30,083.20
Line h) is $30,545.29 Not $33,600.00
Line j) is $510.00 Not $560.00

__X__ Other changes:  It is a 100% Plan

Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

DATED:  4-27-18

_____
ATTORNEY FOR DEBTOR(S)

/s/ Richard Patton, Jr.
DEBTOR

_____
CHAPTER 13 TRUSTEE

_____
DEBTOR

_____
ATTORNEY FOR CREDITOR