B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re  RICHARD PATTON, JR ,   Case No. 17-13094-JEB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust | Chalet Properties III, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Phone: 972-347-4350
Last Four Digits of Acct #: 9251

Court Claim # (if known): 1-1
Amount of Claim: $187,918.85
Date Claim Filed: 10/10/2017

Phone: 972-347-4350
Last Four Digits of Acct. #: 9251

Name and Address where transferee payments should be sent (if different from above):
c/o BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354

Phone: 972-347-4350
Last Four Digits of Acct #: 9251

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Stephanie E. Babin, Esq   Date: 09/30/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.